# Third District Court of Appeal

## State of Florida

Opinion filed November 7, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1776
Lower Tribunal No. 23-20926
_____

**City of Miami, et al.,**
Appellants,

vs.

**Miguel Angel Gabela, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

Victoria Méndez, City Attorney and Kerri L. McNulty, Litigation & Appeals Division Chief, and Eric J. Eves, Assistant City Attorney, for appellants.

Law Firm of Juan-Carlos Planas, P.A., and Juan-Carlos Planas, for appellee Miguel Angel Gabela.

Before LINDSEY, HENDON and BOKOR, JJ.

PER CURIAM.

The final judgment of the trial court is affirmed, with a written opinion to follow.

Affirmed.